**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**OWEN J. KINGSLEY,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:10-cv-103-Orl-28GJK**

**FOUR TOWNES LODGE NO. 655,**
**LOYAL ORDER OF MOOSE, INC.,**
**KEITH BRADSHAW,**

        **Defendants.**

_____

# ORDER

This case is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. No. 18) filed June 21, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 23, 2010 (Doc. No. 19) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Approval of Settlement (Doc. No. 18) is **GRANTED** to the extent that the Court finds the parties' settlement is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __13th__ day of August, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge